UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _4/6/2021_
```

THOMAS GILES,

                    Plaintiff,

    - against -

L&L TRAVEL ENTERPRISES, INC.

                    Defendant.

Docket No. 1:20-cv-03935 (VM)

[~~PROPOSED~~] **DEFAULT JUDGMENT**

Upon consideration of the Plaintiff's motion for default judgment under Rule 55.2(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; and the declaration of plaintiff Thomas Giles ("Plaintiff"), and the exhibits attached thereto, and plaintiff's counsel James H. Freeman and exhibits attached thereto, the Statement of Damages and upon all prior papers and proceedings filed herein, it is hereby:

**ORDERED, ADJUDGED** and **DECREED** that:

1.    Default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against defendant L & L Travel Enterprises Inc. Inc. ("Defendant");

2.    Defendant is to pay $2,310.00 in actual damages under 17 U.S.C. § 504(b) for copyright infringement;

3.    Defendant is to pay $440.00 in costs pursuant to Fed.R.Civ.P. 54(d);

4.    the Court retains jurisdiction over any matter pertaining to this judgment;

5.    this case is dismissed and the Clerk of the Court shall remove it from the Court docket.

New York, NY

Dated:  April, 6            , 20 21           **SO ORDERED.**

Victor Marrero
U.S.D.J.